# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ALBERT A. GRAYER

VERSUS

DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS

NO.  2025 CW 0463

**JULY 14, 2025**

---

In Re:   Albert A. Grayer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 752897.

---

**BEFORE:   HESTER, EDWARDS, AND BALFOUR, JJ.**

**WRIT DENIED.**

**CHH**
**BDE**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT